Matthew R. Arnold
DC Bar No. 1618616
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
matt@eubankslegal.com
(843) 718-4513

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, et al., | ) |
| Plaintiffs, | ) No. CV-22-412-TUC-JAS(AMM) |
| v. | ) **PLAINTIFFS' REPLY IN** |
| Randy Moore, et al., | ) **SUPPORT OF THE MOTION** |
| | ) **TO ALTER OR AMEND** |
| Defendants. | ) **FINAL JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 59(e) and this Court's Local Rule of Civil Procedure 7.2(d), Plaintiffs Center for Biological Diversity, Maricopa Audubon Society, and Mount Graham Coalition respectfully submit this reply in support of their motion to alter or amend this Court's final judgment. *See* ECF Nos. 153 (Motion), 152 (Judgment).

In their motion, Plaintiffs asked the Court to modify a portion of the final judgment to require that Defendants' remand proceedings—which the Court ordered specifically for Defendants to revise the unlawful Incidental Take Statements ("ITSs") for the highly imperiled Mount Graham red squirrel—be completed by a date certain. *See* ECF No. 153. Defendants filed an opposition on October 11, 2024. ECF No. 154. There, Defendants announced for the first time that they will "complete revision of the ITSs no later than November 8, 2024, i.e., within 30 days of the date of the declaration" submitted in support of Defendants' opposition. *Id.* at 8; *see also* ECF No. 154-1 ¶ 4 (Decl. of Heather Whitlaw). They followed that up with an October 17, 2024

notice informing the Court that the work to revise ITSs has been completed and the new BiOps signed by the responsible official.

Having reviewed the revised BiOps after receiving them today, Plaintiffs agree with Defendants that the revision of the ITSs likely moots the specific relief requested by Plaintiffs' Rule 59(e) motion. *See* ECF No. 154 at 8, 9. Hence, Plaintiffs do not oppose the Court denying the motion on that basis.[1]

### RELIEF

In light of the revised BiOps produced today by Defendants, the pendency of which Plaintiffs were unaware, Plaintiffs do not object to denial of their Rule 59(e) motion on mootness grounds.

Respectfully submitted,

/s/ *Matthew R. Arnold*
Matthew R. Arnold
DC Bar No. 1618616
EUBANKS & ASSOCIATES PLLC

---

[1] While it is now unnecessary to resolve the issue, Defendants are wrong that the Court could not impose a deadline on remand. *See* ECF No. 154 at 4-5. There can be no serious dispute that "Ninth Circuit precedent clearly permits imposition of deadlines upon the remand process." *In re Consolidated Delta Smelt Cases*, 2013 WL 1455592 at *3 (E.D. Cal. Apr. 9, 2013); *see also* ECF No. 153 at 6 (citing *Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv.*, 524 F.3d 917, 937 (9th Cir. 2008)). Indeed, courts routinely impose reasonable deadlines on remand proceedings, especially when also exercising their discretionary authority to leave in place a flawed agency decision during that remand. *Intertribal Sinkyone Wilderness Council v. Nat. Marine Fisheries Serv.*, 2013 WL 8374150 at *2 (N.D. Cal. Nov. 26, 2013) (collecting cases and distinguishing *Federal Power Commission v. Transcontinental Gas Pipe Line Corp.*, 423 U.S. 326 (1976), from ESA cases in which "[t]he court has not asked the [consulting agencies] to produce new evidence to support its decisions challenged in this case"). "[T]o the extent that substantial justification is needed for the imposition of a deadline on the remand in the present case," it can be found readily "in the need to ensure the protection of listed species intended by Congress in enacting ESA," *id.*, and is particularly acute for the squirrel which has been without proper ESA protections since these unlawful ITSs were formulated over three years ago. ECF No. 141 at 3, 18 ("[A]ny harm to [the squirrel] that may result from a lack of re-initiation of consultation under the necessary circumstances can be avoided by setting forth an objective and specific standard at this juncture.").

|   |   |
|---|---|
| 1 | 1629 K Street NW, Suite 300 |
| 2 | Washington, DC 20006 |
| 3 | Phone: (843) 718-4513 |
| 4 | matt@eubankslegal.com |
| 5 | |
| 6 | William S. Eubanks II |
| 7 | DC Bar No. 987036 |
| 8 | EUBANKS & ASSOCIATES PLLC |
| 9 | 1629 K Street, NW, Suite 300 |
| 10 | Washington, DC 20006 |
| 11 | Phone: (970) 703-6060 |
| 12 | bill@eubankslegal.com |
| 13 | |
| 14 | *Counsel for Plaintiffs* |
| 15 | |